UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT


UNITED STATES OF AMERICA,

        Plaintiff,

vs.                             CASE NO.: 07-CR-30409

ROBERT LOUIS PRITCHETT,        MAG. JUDGE STEVEN D. PEPE

        Defendant.

_____/


### ORDER FOR PSYCHOLOGICAL EXAMINATION TO DETERMINE COMPETENCY OF DEFENDANT TO STAND TRIAL; DEFENDANT'S PRESENT MENTAL CONDITION; AND EXISTENCE OF INSANITY AT THE TIME OF THE OFFENSE

The Defendant initially appeared before the Court on August 31, 2007, following his arrest on a complaint and warrant charging him with the offense of bank robbery in violation of 18: U.S.C. 2113(a). The Defendant was temporarily detained pending a detention hearing before the undersigned on September 4, 2007.

On September 4, 2007, the Defendant appeared before the Court for a detention hearing. At the hearing, the attorney for the Defendant expressed his concern regarding the mental condition of the Defendant. In view of the charge pending against him as well as the concern for the Defendant's mental state expressed by the attorneys in this matter, I conclude that there exists reasonable cause to believe that the Defendant may be suffering from a mental impairment which may render him incompetent to understand the nature of the charges against him. Therefore, based upon the information presented at the hearing, I hereby order that the Defendant undergo a mental examination in this matter.

**IT IS HEREBY ORDERED** that the order of temporary detention shall remain in effect. The Defendant is hereby remanded to the custody of the United States Marshal.

**IT IS FURTHER ORDERED** that the Defendant undergo a psychological evaluation in order to assist the court in determining the Defendant's competency to stand trial; the existence of insanity at the time of the offense; and his present mental condition.

**IT IS FURTHER ORDERED**, that in accordance with 18 U.S.C. §4241(b), that a licensed psychologist/psychiatrist shall conduct a psychological examination of the defendant and file a report, pursuant to 18 U.S.C. §4247(b) ( c ), as to the Defendant's present mental condition; Defendant's mental competency to stand trial; and the existence of insanity at the time of the offense.

**IT IS FURTHER ORDERED** that the examination shall be conducted within **30 days**, and that a written report shall be submitted to the Court for review and filing within **10 days** thereafter.

Dated: September 12,2007                    s/ Steven D. Pepe
                                            **STEVEN D. PEPE**
                                            **UNITED STATES MAGISTRATE JUDGE**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on September 12, 2007 , I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following: James A. Brunson, AUSA, David Koelzer, Esq., and I hereby certify that I have hand delivered/mailed by United States Postal Service the paper to the following non-ECF participants: Robert Haviland, AUSA, U.S. Marshal, 600 Church St., Flint, MI, 48502, Pretrial Officer, 600 Church St., Flint, MI 48502

                                            s/ James P. Peltier
                                            Courtroom Deputy Clerk
                                            U.S. District Court
                                            600 Church St.
                                            Flint, MI 48502
                                            810-341-7850
                                            pete_peltier@mied.uscourts.gov